UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

36 WEST 11th STREET BH LLC,

                              Debtor.

--------------------------------------------------------X

                                                      Chapter 11
                                                      Case No. 24-10650 (LGB)

### **INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for May 16, 2024 at 1:30 pm (the "Designated Meeting Time") will be conducted by telephone conference.

All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call In Information**

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

| Call-in number | Code |
|---|---|
| 877-461-9449 | 3753962 |

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Date: April 18, 2024

                                                    By:    */s/ Greg M. Zipes*
                                                                   Greg M. Zipes
                                                                   Trial Attorney
                                                                   One Bowling Green, Room 534
                                                                   New York, New York, 10004
                                                                   Tel. No. (212) 510-0500